UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    v.

EVOQUA WATER TECHNOLOGIES CORP.
and IMRAN PAREKH,

                Defendants.

Case No. 1:23-cv-00105-MSM-PAS

## JOINT MOTION FOR ENTRY OF PROPOSED FINAL JUDGMENT

Plaintiff Securities and Exchange Commission and defendant Imran Parekh move that this Court enter the attached proposed Final Judgment as to Mr. Parekh. At the time this case was filed, Mr. Parekh and the Commission had agreed to partially settle the matter. *See* Dkt. Nos. 3, 3-1. On July 10, 2023, the Court entered a partial judgment by consent against Mr. Parekh. *See* Dkt. No. 10. The partial judgment imposed injunctive relief and left open to be decided, upon motion of the Commission, the amount of disgorgement, prejudgment interest, and civil penalties to be paid by Mr. Parekh, and also whether the Court should impose an officer-director bar (and, if so, the length of that bar). *See id.,* at ¶¶VIII, IX.

The Commission and Mr. Parekh have agreed to resolve all open terms and now move for entry of Final Judgment in the attached form. In support of this motion, the Commission has attached a Consent signed by Mr. Parekh, memorializing his agreement to the following terms of the Final Judgment:

    a) An order under Section 21(d)(2) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78u(d)(2)] and Section 20(e) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77t(e)] prohibiting Parekh for a period of ten years from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)];

b) A civil penalty of $40,000 under Section 20(d) of the Securities Act [15 U.S.C.§ 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)];

c) Disgorgement of $5,489 under Sections 21(d)(3)(A)(ii), (5), and (7) of the Exchange Act [15 U.S.C. §§ 78u(d)(3)(A)(ii), (5), (7)]; and

d) Prejudgment interest of $1,342.

The Commission and Mr. Parekh respectfully request that, after hearing, the Court enter the attached proposed Final Judgment. The parties will be prepared to answer any questions the Court may have during the conference scheduled for March 13, 2024.

Dated: February 21, 2024

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

/s/ *David H. London*
David H. London (Mass. Bar No. 638289)
Jonathan R. Allen (Mass. Bar No. 680729)
Peter Bryan Moores (Mass. Bar No. 658033)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone:  (617) 573-8997 (London Direct)
E-mail:  LondonD@sec.gov;
AllenJon@sec.gov; MooresP@sec.gov

Local Counsel:

Bethany N. Wong
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5000
Email: Bethany.Wong@usdoj.gov

Respectfully submitted,

IMRAN PAREKH

By his attorneys,

/s/ *Peter E. Gelhaar*
Peter E. Gelhaar (Mass. BBO# 188310)
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
Telephone: (617) 720-2880
E-mail: peg@dcglaw.com

Local Counsel:

Charles A. Tamuleviz
McLaughlin Quinn LLC
148 West River Street, Suite 1E
Providence, Rhode Island 02904
Telephone: (401) 421-5115
E-mail: chuck@mclauglinquinn.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2024, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

                                            */s/ David H. London*
                                            David H. London